**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Corneil Leon CARTER, Defendant–**
**Appellant.**

**No. 04–7029.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 14, 2004.

Decided Oct. 21, 2004.

Corneil Leon Carter, Appellant pro se.

Patrick Friel Stokes, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Corneil Leon Carter appeals the district court's order denying his motion for transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Carter,* No. CR–02–463 (E.D. Va. filed May 11, 2004 & entered May 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*